# Mississippi Electronic Courts
## Fifteenth Circuit Court District (Pearl River Circuit Court)
### CIVIL DOCKET FOR CASE #: 55CI1:23-cv-00145-PH
### Edit Case Data
### Edit Case Participants

PICHON v. CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER LSP600009089A et al
Assigned to: Prentiss G. Harrell

Date Filed: 08/21/2023
Current Days Pending: 46
Total Case Age: 46
Jury Demand: None
Nature of Suit: Breach of Contract (45)

**Upcoming Settings:**

None Found

---

### Plaintiff

**COLBY PICHON**
76 OTIS STEWART ROAD
PICAYUNE, MS 39466

represented by **Lindsey Topp**
Hair Shunnarah Trial Attorneys, LLC
3540 S. I-10 Service Rd. West, Ste. 300
METAIRIE, LA 70001
504-323-6951
Fax: 504-613-6351
Email: topp@hairshunnarah.com
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER LSP600009089A**

represented by **Michael Garner Berry**
Chartwell Law
200 W. Jackson Street, Suite 200
RIDGELAND, MS 39157
601-316-6510
Email: gberry@chartwelllaw.com
*ATTORNEY TO BE NOTICED*

**Sarah Cunningham Mcmillin**
Heyl, Royster, Voelker & Allen, P.C.
200 W. Jackson Street
Suite 200
RIDGELAND, MS 39157
601-898-6258
Fax: 309-420-0402
Email: smcmillin@chartwelllaw.com
*ATTORNEY TO BE NOTICED*

## Defendant

**CHUBB GLOBAL MARKETS
SYNDICATE 2488**

represented by **Sarah Cunningham Mcmillin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Garner Berry**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2023 | 2 | Civil Cover Sheet. (Attachments: # 1 Cover Letter,) (Rimkus, David) (Entered: 08/21/2023) |
| 08/21/2023 | 3 | COMPLAINT (JURY TRIAL REQUESTED) against CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER LSP600009089A, CHUBB GLOBAL MARKETS SYNDICATE 2488, filed by COLBY PICHON. (Rimkus, David) (Entered: 08/21/2023) |
| 08/21/2023 | 4 | PLAINTIFF'S ELECTION OF FORM FOR SERVICE OF PROCESS by COLBY PICHON. (Rimkus, David) (Entered: 08/21/2023) |
| 08/21/2023 | 5 | SUMMONS Issued 8/21/2023 to CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER LSP600009089A. AND RETURNED TO ATTORNEY FOR SERVICE. (Rimkus, David) (Entered: 08/21/2023) |
| 08/21/2023 | 6 | SUMMONS Issued 8/21/2023 to CHUBB GLOBAL MARKETS SYNDICATE 2488. AND RETURNED TO ATTORNEY FOR SERVICE. (Rimkus, David) (Entered: 08/21/2023) |
| 08/30/2023 | 7 | SUMMONS Returned Executed by COLBY PICHON. CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER LSP600009089A served on 8/25/2023, answer due 9/24/2023. Service type: Personal (Topp, Lindsey) (Entered: 08/30/2023) |
| 08/30/2023 | 8 | SUMMONS Returned Executed by COLBY PICHON. CHUBB GLOBAL MARKETS SYNDICATE 2488 served on 8/25/2023, answer due 9/24/2023. Service type: Personal (Topp, Lindsey) (Entered: 08/30/2023) |
| 09/01/2023 | 9 | LETTER FROM MISSISSIPPI INSURANCE DEPARTMENT TO CERTAIN UNDERWRITERS AT LLOYD'S LONDON CHUBB LLOYD'S INSURANCE COMPANY OF TEXAS DATED AUGUST 28, 2023. (Saucier, Christina) (Entered: 09/01/2023) |
| 09/28/2023 | 10 | NOTICE of Appearance *of M. Garner Berry* by Michael Garner Berry on behalf of CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER LSP600009089A, CHUBB GLOBAL MARKETS SYNDICATE |

| | | |
|---|---|---|
| | | 2488 (Berry, Michael) (Entered: 09/28/2023) |
| 09/28/2023 | ◑ ✎ 🖉 📑 11 ✉ | NOTICE of Appearance *of Sarah C. McMillin* by Sarah Cunningham Mcmillin on behalf of CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER LSP600009089A, CHUBB GLOBAL MARKETS SYNDICATE 2488 (Mcmillin, Sarah) (Entered: 09/28/2023) |
| 10/02/2023 | ◑ ✎ 🖉 📑 12 ✉ | NOTICE of Notice of Removal by CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER LSP600009089A, CHUBB GLOBAL MARKETS SYNDICATE 2488 (Attachments: # 1 Exhibit A- Notice of Removal,) (Berry, Michael) (Entered: 10/02/2023) |

**Select Event**

Account Transaction - Circuit
ADR Documents

Go to Event

I CERTIFY THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE.
This ___ day of ___ 20___.
Nance Fitzpatrick Stokes
Pearl River County Circuit Clerk
By: _____
Deputy Clerk

of 3

10/6/2023, 10:58 AM