IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**COLBY PICHON**                                                    **PLAINTIFF**

**v.**                                        **CIVIL NO. 1:23-cv-254-LG-BWR**

**CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON SUBSCRIBING TO POLICY
NUMBER LSP600009089A** *and* **CHUBB
GLOBAL MARKETS SYNDICATE 2488**                  **DEFENDANTS**

<u>**JUDGMENT OF DISMISSAL**</u>

    The parties have agreed to, and announced to the Court, a resolution of this case. The Court desires that this matter be finally closed on its docket.

    **IT IS THEREFORE ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all parties, with each party to bear its own costs. The Court will retain jurisdiction over this lawsuit for 30 days to enforce the terms of the settlement.

    **SO ORDERED AND ADJUDGED** this the 8th day of August, 2024.

                                                   s/ *Louis Guirola, Jr.*

                                                   **LOUIS GUIROLA, JR.**
                                                   **UNITED STATES DISTRICT JUDGE**